FILED
Dec 20 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ roiannb DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FAVIAN OBESO-LOPEZ 1 (2), WM
EFRAIN MEDINA 2 (3) WMC
AGUSTIN HERNANDEZ 3 (4) WMC
ROBERT MARK HERNANDEZ 4 (5), WMC
SALVADOR VASQUEZ 5 (6), WMC
MARIO MIGUEL ORTIZ 6 (7), WMC
DANIEL MORENO 7 (8), CWMC

Defendants.

Case No. '12 CR5179 BEN

I N F O R M A T I O N

Title 21, U.S.C., Secs. 952, 960, and 963 - Conspiracy to Import Marijuana (Felony)

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including November 22, 2012, within the Southern District of California, and elsewhere, defendants FAVIAN OBESO-LOPEZ, EFRAIN MEDINA, AGUSTIN HERNANDEZ, ROBERT MARK HERNANDEZ, SALVADOR VASQUEZ, MARIO MIGUEL ORTIZ, and DANIEL MORENO did knowingly and intentionally conspire together and with each other and with Martin Olivas-Amador (charged elsewhere) to import 1,000 kilograms or more, to wit: approximately 1,165.2 kilograms (2,563.44 pounds) of marijuana, a Schedule I

//

//

//

MRL:kst:San Diego
Rev. 12/18/12

49 M

Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

DATED: 12/20/12.

LAURA E. DUFFY
United States Attorney

for MICHAEL R. LIZANO
Special Assistant U.S. Attorney