#33

AO 455(Rev. 5/85) Waiver of Indictment

FILED

DEC 20 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

DANIEL MORENO (8),

**WAIVER OF INDICTMENT**

CASE NUMBER: 12cr5179-BEN

I, DANIEL MORENO, the above-named defendant, who is accused of committing the following offense:

Conspiracy to Import Marijuana and Aiding and Abetting (Felony), in violation of Title 21, United States Code, Sections 952, 960, and 963, and Title 18, United States Code, Section 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/20/12 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Daniel Moreno
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer