# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
)
)
Daniel Moreno )
)

CASE NUMBER 13CR5179-BEN

ABSTRACT OF ORDER

Booking No. 35709298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 1/17/13

the Court entered the following order:

X Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $ ___ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ___ years.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case dismissed.

X Case dismissed, charges pending in case no. 13CR5187-JAH

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other.

William McCurine Jr
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk
Ronelen Bresso

Received ___ DUSM

Crim-9 (Rev. 8-11)

★ U.S. GPO: 1998-783-398/40151

CLERK'S COPY