FILED
JAN 29 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
JAN 17 2013

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL MORENO,
35709298
Defendant.

CASE NO. 12CR5179-BEN

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) as charged in the Information:

21 USC 952 AND 960 - CONSPIRACY TO IMPORT MARIJUANA

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/17/13

William McCurine, Jr.
U.S. Magistrate Judge

I have executed within Dismissal
Judgement and Commitment on 1/28/2013
United States Marshal

By: ____________
USMS Criminal Section